No. 66456.—Manuel Shapiro *v.* United States, protests 60/27085, 60/27393, and 60/27406 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.